IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Edward John Hosch, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>United Bank, Inc.; R. Leon Cooper; )<br>Douglas B. Ernest; Wade Stephen )<br>Melcher; Donald Ward; James R. )<br>Quesenberry, Sr.; James R. )<br>Quesenberry, Jr.; Triple Q )<br>Construction, Inc.; John and Jane )<br>Does 1-10; John Doe Corporations 1-10; )<br>and Other John Doe Entities 1-10, )<br>)<br>Defendants. )<br>_____) | Civil Action No.: 4:09-cv-1490-TLW-TER |

## ORDER

On June 20, 2011, the plaintiff, Edward John Hosch ("plaintiff"), filed a motion for leave to file a third amended complaint to drop all but one defendant and to conform and adjust his pleadings to evidence obtained. (Doc. # 130). In this motion, the plaintiff requested to dismiss, without prejudice, all named defendants other than United Bank, Inc. (Doc. # 130). On February 13, 2012, United States Magistrate Judge Thomas E. Rogers, III entered an Order giving the parties ten days to file objections to the dismissal of these defendants and stating that an Order would be entered dismissing these defendants without prejudice if no objections were filed. (Doc. # 159). No objections have been filed. Therefore, defendants Wade Stephen Melcher, John and Jane Does 1-10,

John Doe Corporations 1-10, and Other John Doe Entities 1-10 are hereby **DISMISSED** from this action without prejudice.[1]

    **IT IS SO ORDERED.**

s/Terry L. Wooten  
TERRY L. WOOTEN  
United States District Judge

April 9, 2012

Florence, South Carolina

---

[1] Defendants R. Leon Cooper, Douglas B. Ernest, Donald Ward, James R. Quesenberry, Sr., James R. Quesenberry, Jr., and Triple Q Construction were all previously dismissed from this action. (Docs. 22, 72).